UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

ALA'N B. JORDAN )
)
)
)
v. ) NO. 3:12-1043
) JUDGE SHARP
)
CITY OF NASHVILLE POLICE DEPARTMENT )
)

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/9/2013.

      KEITH THROCKMORTON, CLERK
      s/Elaine J. Hawkins, Deputy Clerk